IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2-14-cv-00578-JFC |
| v. | ) ) | |
| ZeoBIT LLC, a California limited liability company, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW D. BROWN

Matthew D. Brown, undersigned counsel for defendant ZeoBIT LLC ("ZeoBIT"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for ZeoBIT in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Matthew D. Brown filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: June 6, 2014

/s/ Matthew D. Brown
Matthew D. Brown (CA 196972)
brownmd@cooley.com
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Counsel for Defendant ZeoBIT LLC

107744340

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew D. Brown
Matthew D. Brown (CA 196972)
brownmd@cooley.com
**Cooley LLP**
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

107744340