IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2-14-cv-00578-JFC |
| v. | ) ) | |
| ZeoBIT LLC, a California limited liability company, | ) ) ) | |
| Defendant. | ) | |

**MATTHEW D. BROWN'S DECLARATION PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew D. Brown, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for defendant ZeoBIT LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Matthew D. Brown, declare as follows:

1. I am a Partner of the law firm Cooley LLP.

2. My business address is 101 California Street, Fifth Floor, San Francisco, California 94111.

3. I am a member in good standing of the bar of California, and am admitted to practice before the United States District Courts for the Central District of California, Northern District of California, Eastern District of California, Southern District of California, and the Northern District of Illinois, as well as the United States Courts of Appeals for the First and Ninth Circuits, and the United States Supreme Court.

      4.        My State Bar of California identification number is 196972.

      5.        A current certificate of good standing from the State Bar of California is attached to this declaration as Exhibit A.

      6.        I declare that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

      7.        I declare that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

      8.        Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: June 6, 2014                                    /s/ Matthew D. Brown
                                                                               Matthew D. Brown