IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability company,<br>        Defendant. | Civil Action No. 2-14-cv-00578-JFC |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW D. CAPLAN**

Matthew D. Caplan, undersigned counsel for defendant ZeoBIT LLC ("ZeoBIT"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for ZeoBIT in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Matthew D. Caplan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                                                            Respectfully submitted,

Dated: June 6, 2014
                                                                         /s/ Matthew D. Caplan
                                                                         Matthew D. Caplan (CA Bar 260388)
                                                                         mcaplan@cooley.com
                                                                         Cooley LLP
                                                                         101 California Street, 5th Floor
                                                                         San Francisco, CA  94111-5800
                                                                         Telephone:    (415) 693-2000
                                                                         Facsimile:     (415) 693-2222

                                                                         Counsel for Defendant ZeoBIT LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew D. Caplan
Matthew D. Caplan (CA 260388)
mcaplan@cooley.com
**Cooley LLP**
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

107800971 v1