UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Holly Yencha ) | |
| ) | |
| Plaintiff(s),  ) | 14-cv-578 |
| v.  ) | Civil Action No. |
| ZeoBIT LLC ) | |
| ) | |
| Defendant(s). ) | |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

    _____ Mediation
    _____ Early Neutral Evaluation (ENE)
    _____ Court sponsored Binding[1]  Arbitration
    _____ Court sponsored Non-binding Arbitration
    __X__ Private ADR (please identify process and provider)

    Other (please identify process and provider) __Private Mediation - See Dkt. 11 at No. 6__

**\*If you are utilizing a private process, be advised that the case is still governed by the Court's ADR Policies and Procedures.  It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Polices and Procedures.**

**II.  COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for court sponsored arbitration.  For that process costs are paid by the court in accordance with 28 USC §658.):
    __50__ % by Plaintiff
    __50__ % by Defendant

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

**III.  NEUTRAL**

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral: See Dkt. 11 at No. 6
Address of Neutral: Id.
Telephone & FAX Numbers: Id.
Email address of Neutral: Id.

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV.  PARTICIPANTS

Name of the individual(s) who will be attending the mediation or early neutral evaluation session in accordance with Sections 3.8A and 4.10A of the Court's ADR Policies and Procedures:

For Plaintiff(s) Holly Yencha                    Please see attached.
                                                 Name and title
For Defendant ZeoBIT LLC                         Matthew Brown, Attorney
                                                 Name and title
For Defendant _____                     _____
                                                 Name and title
For 3d party Deft _____                 _____
                                                 Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority.

## V.  ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: August 27, 2014        /s/ William R. Caroselli
                              Attorney for Plaintiff

Dated: August 27, 2014        /s/ Matthew D. Brown
                              Attorney for Defendant

4/15/09

**IV.  PARTICIPANTS (continued)**

For Plaintiff Holly Yencha        Jay Edelson, Attorney
Rafey S. Balabanian, Attorney
Benjamin H. Richman, Attorney
Courtney Booth, Attorney