IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZeoBIT LLC, a California limited liability company,<br><br>　　　　　　Defendant. | Civil Action No. 2:14-CV-00578<br><br>Judge Joy Flowers Conti |

## ENTRY OF APPEARANCE

TO THE CLERK:

　　Kindly enter the appearance of Barbara A. Scheib and Cohen & Grigsby, P.C. on behalf of ZeoBIT LLC, Defendant in the above-captioned civil action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Barbara A. Scheib*
　　　　　　　　　　　　　　　　　　Barbara A. Scheib (Pa. I.D. No. 82584)
　　　　　　　　　　　　　　　　　　COHEN & GRIGSBY, P.C.
　　　　　　　　　　　　　　　　　　625 Liberty Avenue
　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15222-3152
　　　　　　　　　　　　　　　　　　(412) 297-4900
　　　　　　　　　　　　　　　　　　bscheib@cohenlaw.com

　　　　　　　　　　　　　　　　　　Counsel for Defendant,
　　　　　　　　　　　　　　　　　　ZeoBIT LLC

Dated:  September 12, 2014
2011326.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2014, the foregoing ENTRY OF APPEARANCE was filed with the Court electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Barbara A. Scheib*