IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability corporation,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-00578-JFC<br><br>Chief Judge Joy Flowers Conti |

### MOTION TO APPEAR *PRO HAC VICE* OF BENJAMIN H. RICHMAN

Benjamin H. Richman, undersigned counsel for Plaintiff Holly Yencha, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Holly Yencha pursuant to LCvR 83.2 and LCvR 83.3 and this District's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Benjamin H. Richman in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 25, 2014　　　　　　/s/ Benjamin H. Richman

　　　　　　　　　　　　　　　　　　　Benjamin H. Richman (Bar No. IL 6300668)
　　　　　　　　　　　　　　　　　　　EDELSON PC
　　　　　　　　　　　　　　　　　　　350 North LaSalle Street, Suite 1300
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　Tel: 312-589-6370
　　　　　　　　　　　　　　　　　　　Fax: 312-589-6378
　　　　　　　　　　　　　　　　　　　brichman@edelson.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Benjamin H. Richman, an attorney, certify that on September 25, 2014, I served the above foregoing ***Motion for Admission Pro Hac Vice of Benjamin H. Richman*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this September 25, 2014.

                                        /s/ Benjamin H. Richman