IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability corporation,<br><br>　　　　　Defendant. | Case No. 2:14-cv-00578-JFC<br><br>Chief Judge Joy Flowers Conti |

**AFFIDAVIT OF BENJAMIN H. RICHMAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Benjamin H. Richman, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Holly Yencha pursuant to LCvR 83.2 and LCvR 83.3 and this District's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151):

I, Benjamin H. Richman, being duly sworn, do hereby depose and say as follows:

1.　　I am a partner of the law firm Edelson PC.

2.　　My business address is 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654.

3.　　I am a member in good standing of the bars of the State of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Florida, and the United States District Court for the District of Colorado.

4.　　My Illinois Bar Association identification number is 6300668.

5.　　A current certificate of good standing from the bar of the state of Illinois is attached to this affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 25, 2014  /s/ Benjamin H. Richman
Benjamin H. Richman

# Exhibit A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Benjamin Harris Richman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 2009 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 18, 2014.

*Carolyn Taft Grosboll*

Clerk