IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability corporation,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-00578-JFC<br><br>Chief Judge Joy Flowers Conti |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*_**

　　　THIS MATTER came before the Court on Plaintiff Holly Yencha's motion for her attorney Benjamin H. Richman to appear *pro hac vice* pursuant to Local Rule 83.2(B). The Court, having considered the papers in support of and opposition to this motion, finds that the Motion should be granted.

　　　Now, therefore, it is hereby ORDERED that attorney Benjamin H. Richman is admitted to practice *pro hac vice* on behalf of Plaintiff Holly Yencha pursuant to Local Rule 83.2(B).

　　　DATED this _____ day of _____, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JOY FLOWERS CONTI
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE