IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability corporation,<br><br>  Defendant. | Case No. 2:14-cv-00578-JFC<br><br>Chief Judge Joy Flowers Conti |

**MOTION TO APPEAR *PRO HAC VICE* OF COURTNEY C. BOOTH**

Courtney C. Booth, undersigned counsel for Plaintiff Holly Yencha, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Holly Yencha pursuant to LCvR 83.2 and LCvR 83.3 and this District's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Courtney C. Booth in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                        Respectfully submitted,

Dated: October 13, 2014                                 /s/ Courtney C. Booth

                                                        Courtney C. Booth (Bar No. IL 6312384)
                                                        EDELSON PC
                                                        350 North LaSalle Street, Suite 1300
                                                        Chicago, Illinois 60654
                                                        Tel: 312-589-6370
                                                        Fax: 312-589-6378
                                                        cbooth@edelson.com
                                                        *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I, Courtney C. Booth, an attorney, certify that on October 13, 2014, I served the above foregoing ***Motion for Admission Pro Hac Vice of Courtney C. Booth*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this October 13, 2014.

                                        /s/ Courtney C. Booth