# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ZeoBIT LLC, a California limited liability company,<br><br>*Defendant.* | Case No. 2:14-cv-00578-JFC |

## PARTIES' SELECTION OF EARLY NEUTRAL EVALUATOR

Plaintiff Holly Yencha and Defendant ZeoBIT, LLC (collectively, the "Parties"), by and through their undersigned counsel and pursuant to the Court's September 29, 2014 Order, hereby notify the Court that they have agreed to proceed with an early neutral evaluation conference on class certification issues before the Honorable Edward A. Infante (Ret.) of JAMS San Francisco.

Respectfully submitted,

**HOLLY YENCHA**, individually and on behalf of all others similarly situated,

Dated: October 20, 2014

By: /s/ Benjamin H. Richman
    One of Plaintiff's Attorneys

William R. Caroselli (PA 00452)
wcaroselli@cbmclaw.com
CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC
20 Stanwix Street, 7th Floor
Pittsburgh, Pennsylvania 15222
Tel: 412.391.9860
Fax: 412.391.7453

Rafey S. Balabanian* (IL 6285687)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
IL 6300668

<pre>
                            brichman@edelson.com
                            Courtney C. Booth* (IL 6312384)
                            cbooth@edelson.com
                            EDELSON PC
                            350 North LaSalle Street, Suite 1300
                            Chicago, Illinois 60654
                            Tel: 312.589.6370
                            Fax: 312.589.6378

                            *Pro hac vice admission to be sought.

                            **ZeoBIT LLC,**

Dated: October 20, 2014     By: /s/ Matthew D. Brown
                                  One of Defendant's Attorneys

                            Matthew D. Brown (Admitted Pro Hac Vice)
                            CA 196972
                            brownmd@cooley.com
                            Matthew D. Caplan (Admitted Pro Hac Vice)
                            CA 260388
                            mcaplan@cooley.com
                            Cooley LLP
                            101 California Street, 5th Floor
                            San Francisco, California 94111
                            Tel: 415.693.2000
                            Fax: 415.693.2222

                            Barbara A. Scheib (PA 82584)
                            bscheib@cohenlaw.com
                            COHEN & GRIGSBY, P.C.
                            625 Liberty Avenue
                            Pittsburgh, Pennsylvania 15222
                            Tel: 412.297.4900
                            Fax: 412.209.1861
</pre>

**CONSENT PURSUANT TO ELECTRONIC CASE FILING
POLICIES AND PROCEDURES, SECTION 11**

I, Benjamin H. Richman, attest that consent in the filing of the ***Parties' Selection of Early Neutral Evaluator*** has been obtained from each of the other signatories.

Executed on October 20, 2014, in Chicago, Illinois.

                            /s/ Benjamin H. Richman

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Benjamin H. Richman