IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Holly Yencha, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff(s) v. | ) ) ) | Civil Action No.  2:14-cv-00578-JFC |
| ZeoBIT LLC, a California limited liability company | ) ) ) ) | |
| Defendant(s) | ) | |

## REPORT OF NEUTRAL

A __ENE__ session was held in the above captioned matter on __01/06/2015__ .

The case (please check one):
     __x__ has resolved
     ____ has resolved in part (see below)
     ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

__full class settlement__

Dated: __January 13, 2015__

_____
Signature of Neutral

Rev. 09/11