IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ZeoBIT LLC, a California limited liability company,<br><br>*Defendant.* | Case No. 2:14-cv-00578-JFC |

**PLAINTIFF YENCHA'S MOTION FOR
PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's January 23, 2015 Minute Entry, Plaintiff Holly Yencha ("Plaintiff") respectfully requests that the Court enter an Order granting preliminary approval of the Parties' proposed class action settlement. Plaintiff's motion is based upon the Memorandum of Law (and the exhibits attached thereto) in support of the motion (*see* dkt. 26-1), and the record in this matter, along with any oral argument that may be presented to the Court.

WHEREFORE, Plaintiff Holly Yencha, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) certifying the proposed Settlement Class for settlement purposes, (2) naming Plaintiff Yencha as Class Representative, (3) appointing Rafey S. Balabanian, Benjamin H. Richman, and Courtney C. Booth of Edelson PC as Class Counsel, (4) granting preliminary approval to the Settlement, (5) approving the proposed Notice Plan, (6) scheduling a final fairness hearing, and (7) providing such further relief as the Court deems just and proper.

Respectfully submitted,

**HOLLY YENCHA**, individually and on behalf of all others similarly situated,

Dated: March 6, 2015       By: /s/ Benjamin H. Richman
                               One of Plaintiff's Attorneys

Rafey S. Balabanian*
IL 6285687
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
IL 6300668
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
IL 6312384
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice* admission to be sought.

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          /s/ Benjamin H. Richman