IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ZeoBIT LLC, a California limited liability company,<br><br>*Defendant.* | Case No. 2:14-cv-00578-JFC |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO
FILE MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT WITH EXCESS PAGES, *INSTANTER***

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Leave to File Memorandum of Law in Support of Preliminary Approval of Class Action Settlement with Excess Pages, *Instanter*. The Court, having considered the papers in support of the motion, finds that the motion shall be granted.

Now, therefore, it is hereby ORDERED that Plaintiff may file her motion for preliminary approval of the Parties' proposed class action settlement in excess of fifteen pages, the substance of which shall not exceed twenty-four (24) pages.

DATED this   11th   day of   March  , 2015.

/s/ Joy Flowers Conti
HONORABLE JOY FLOWERS CONTI
CHIEF UNITED STATES DISTRICT JUDGE