IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability corporation,<br><br>  Defendant. | Case No. 2:14-cv-00578-JFC<br><br>Chief Judge Joy Flowers Conti |

## MOTION TO APPEAR *PRO HAC VICE* OF RAFEY S. BALABANIAN

Rafey S. Balabanian, undersigned counsel for Plaintiff Holly Yencha, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Holly Yencha pursuant to LCvR 83.2 and LCvR 83.3 and this District's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Rafey S. Balabanian in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                        Respectfully submitted,

Dated: April 8, 2015                    /s/ Rafey S. Balabanian

                                        Rafey S. Balabanian (Bar No. IL 6285687)
                                        EDELSON PC
                                        350 North LaSalle Street, Suite 1300
                                        Chicago, Illinois 60654
                                        Tel: 312-589-6370
                                        Fax: 312-589-6378
                                        rbalabanian@edelson.com
                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Rafey S. Balabanian, an attorney, certify that on April 8, 2015, I served the above foregoing ***Motion for Admission Pro Hac Vice of Rafey S. Balabanian*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this April 8, 2015.

              /s/ Rafey S. Balabanian