IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICIT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated, | Case No. 2-14-cv-00578-JFC |
| *Plaintiff*, | Honorable Joy Flowers Conti |
| v. | |
| ZeoBIT LLC, a California limited liability company, | |
| *Defendant*. | |

**PLAINTIFF'S MOTION FOR APPROVAL OF
ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff Holly Yencha ("Plaintiff"), respectfully requests that the Court enter an Order approving her request for an award of reasonable attorneys' fees and expenses to Class Counsel, and an incentive award for her role as Class Representative in connection with the Parties' proposed class action settlement of this matter. Plaintiff's motion is based up on her Memorandum of Law (and the exhibits attached thereto) in support of the motion and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

WHEREFORE, Plaintiff Holly Yencha, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) approving an award of $660,000.00 in attorneys' fees and expenses to Class Counsel, (2) approving an incentive award of $1,000.00 in recognition of her efforts on behalf of the Settlement Class, and (3) providing such other and further relief as the Court deems reasonable and just.

                                                        Respectfully submitted,

                                                        **HOLLY YENCHA**, individually, and on behalf of a class of similarly situated individuals,

Dated: September 7, 2015          By: /s/ Benjamin H. Richman
                                                            One of Plaintiff's Attorneys

                                                        Rafey S. Balabanian (IL 6285687)*
                                                        rbalabanian@edelson.com
                                                        Benjamin H. Richman (IL 6300668)*
                                                        brichman@edelson.com
                                                        Courtney C. Booth (IL 6312384)*
                                                         cbooth@edelson.com
                                                        EDELSON PC
                                                        350 North LaSalle Street, Suite 1300
                                                        Chicago, Illinois 60654
                                                        Tel: 312.589.6370
                                                        Fax: 312.589.6378

                                                        William R. Caroselli (PA 00452)
                                                        wcaroselli@cbmclaw.com
                                                        CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC
                                                        20 Stanwix Street, 7th Floor
                                                         Pittsburgh, Pennsylvania 15222
                                                        Tel: 412.391.9860
                                                        Fax: 412.391.7453

                                                        *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby certify that on September 7, 2015, I served the above and foregoing ***Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award*** by causing a true and accurate copy of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                  /s/ Benjamin H. Richman