IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY YENCHA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ZeoBIT LLC, a California limited liability company,<br><br>*Defendant*. | Case No. 2-14-cv-00578-JFC<br><br>Honorable Joy Flowers Conti |

**PLAINTIFF'S MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Holly Yencha ("Plaintiff") respectfully requests that the Court enter an Order granting final approval of the Parties' proposed class action settlement. Plaintiff's motion is based up on her memorandum of law (and the exhibits attached thereto) in support of the motion and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at the Final Fairness Hearing.

WHEREFORE, Plaintiff Holly Yencha, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) granting final approval of the Parties' class action settlement and (2) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**HOLLY YENCHA**, individually, and on behalf of a class of similarly situated individuals,

Dated: October 2, 2015

By: /s/ Rafey S. Balabanian
    One of Plaintiff's Attorneys

Rafey S. Balabanian (IL 6285687)*
rbalabanian@edelson.com
Benjamin H. Richman (IL 6300668)*
brichman@edelson.com
Courtney C. Booth (IL 6312384)*
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

William R. Caroselli (PA 00452)
wcaroselli@cbmclaw.com
CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC
20 Stanwix Street, 7th Floor
Pittsburgh, Pennsylvania 15222
Tel: 412.391.9860
Fax: 412.391.7453

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

      I, Rafey S. Balabanian, an attorney, hereby certify that on October 2, 2015, I served the above and foregoing *Plaintiff's Motion for Final Approval of Class Action Settlement* by causing a true and accurate copy of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                /s/ Rafey S. Balabanian